■ SIDNEY PUTTER v. SADIE BARTH et al.— Motion denied, the interim stay dissolved and examination is directed to be continued 10 days after service of

this order, with notice of entry thereof, upon defendants' attorney. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.